UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH VOLFMAN,

                Plaintiff,

-against-

BLACKFOOT CONSULTING LLC d/b/a LITTLE OWL, et al.,

                Defendants.

23-CV-02959 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    This case has been reassigned to the undersigned. All prior orders, dates and deadlines are adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at [https://nysd.uscourts.gov/hon-jessica-g-l-clarke](https://nysd.uscourts.gov/hon-jessica-g-l-clarke)**.

    IT IS HEREBY ORDERED that by August 4, 2023, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties have not reached a settlement or a settlement is not imminent, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial status conference.

    In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension or adjournment; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent; and (6) to the extent applicable, the date of the parties' next scheduled

appearance before the Court. Unless counsel are notified that a conference has been adjourned, it will be held as scheduled.

Dated: July 21, 2023
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

2