**NACMIAS LAW FIRM PLLC**

592 PACIFIC ST. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

September 14, 2023

Hon. Valerie Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007
(212) 805-6350

RE:   *VOLFMAN v. BLACKFOOT CONSULTING LLC d/b/a LITTLE OWL and MERRIMAKER CORP.*
        **DOCKET:  1:23-cv-02959-VEC**

Dear Judge Caproni,

　　The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write jointly with defendants' counsel to advise the Court that this case has been settled in principle.

　　The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, including the pretrial conference, and allow the parties thirty (30) days to finalize settlement.

　　Thank you for your time and consideration on this matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

By: _____

Andre Autz, Esq.
　　*Attorney for Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
T: 929-295-4759
aautz@nacmiaslaw.com