**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————x

JOSEPH VOLFMAN,                                    Civil Action No.

           Plaintiff,                          1:23-cv-02959-JGLC

      -against-

BLACKFOOT CONSULTING LLC d/b/a
LITTLE OWL and MERRIMAKER CORP.,        **JOINT STIPULATION OF**
                                        **DISMISSAL WITH PREJUDICE**
          Defendants.

————————————————————x

      Plaintiff, JOSEPH VOLFMAN, and Defendant, BLACKFOOT CONSULTING LLC

d/b/a LITTLE OWL, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and,

except as otherwise agreed in writing and signed by the parties in this action, each party shall

bear its respective fees and costs.


By: _____        By: _____

     Andre Autz, Esq.                          Brendan Patrick Hall, Esq.
        *Attorney for Plaintiff*                      *Attorney for Defendant*
     Nacmias Law Firm, PLLC                    *BLACKFOOT CONSULTING LLC*
     592 Pacific Street, 1st Floor             Harris Beach PLLC
     Brooklyn, NY 11217                        100 Wall Street
     T: 917-602-6057                           New York, NY 10005
     aautz@nacmiaslaw.com                      212-683-7100
                                               BHall@HarrisBeach.com